UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-449M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| OCTAVIO SANTOS-MEDINA, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Possession with Intent to Distribute Cocaine and Crack Cocaine

<u>Date of Detention Hearing</u>:   Initial Appearance September 13, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged by Complaint with possession of 500 grams or more of cocaine and 50 grams or more of cocaine base with intent to distribute.

(2)   Defendant's criminal records history includes a VUCSA conviction, conspiracy to distribute heroin and cocaine and prior deportation proceedings. He is currently under the

supervision of the United States Probation Office.

(3) Defendant was not interviewed by Pretrial Services. He is a native and citizen of Mexico who is in the United States illegally. He is associated with at least five alias names and two dates of birth.

(4) The defendant does not contest detention.

(5) The defendant poses a risk of nonappearance because of unknown background information and illegal status in this country. He poses a risk of danger due to the instant offense and past criminal history.

(6) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

01
02
03
04
05
06
07
...

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  14th  day of September, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91